# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2020

## NO. 03-19-00414-CV

**Appellant, HB Aviation, LLC // Cross-Appellants, Glenn Hegar, Texas Comptroller of Public Accounts; and Ken Paxton, Texas Attorney General**

**v.**

**Appellees, Glenn Hegar, Texas Comptroller of Public Accounts; and Ken Paxton, Texas Attorney General // Cross-Appellee, HB Aviation, LLC**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the final order signed by the trial court on May 30, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.